IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



| | |
|---|---|
| WENDELL PLENTYHAWK, | CV 14-44-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER GRANTING STAY |
| MANSOOR SHEIKH, M.D.; FREDERICK FERGUSON, M.D.; UNITED STATES OF AMERICA; and IHS CROW/NORTHERN CHEYENNE HOSPITAL, A PART OF THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, | |
| Defendants. | |

Based upon Plaintiff Wendell Plentyhawk's Unopposed Motion to Stay (Doc. 9), and for good cause shown,

IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion to Stay these proceedings and all deadlines for one hundred and fifty (150) days is granted.

DATED this 30th day of June, 2014.

*/s/ Susan P. Watters*
SUSAN P. WATTERS
United States District Judge

1